PHILLIP A. TALBERT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DALE LAKE,<br><br>      Defendant. | CASE NO.:<br><br>COMPLAINT |

Plaintiff United States of America, through undersigned counsel, brings this complaint against Defendant Dale Lake and alleges the following:

INTRODUCTION

1. Since at least early 2023 and continuing to the present, Defendant has engaged in a predatory mail and wire fraud scheme that primarily victimizes senior citizens. Defendant knowingly receives funds or gift cards obtained via fraud, then transmits the same to accomplices in Jamaica.

2. Other participants in the fraud scheme contact potential victims; falsely claim that those victims have won a lottery, sweepstakes, or prize; and thereby induce victims to transmit money to Defendant, ostensibly in order to receive the falsely promised winnings.

3. The United States seeks to prevent continuing and substantial injury to the United States and individual victims by bringing this action for a permanent injunction under 18 U.S.C. § 1345.

///

JURISDICTION AND VENUE

4. This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

5. Venue is proper in this district and division under 28 U.S.C. § 1391(b)(1) and (b)(2) and Local Rule 120(d).

PARTIES

6. Plaintiff is the United States of America.

7. Defendant Dale Lake is an individual residing in Hanford, California. In connection with the matters alleged herein, Defendant transacts and has transacted business in this district.

FACTUAL ALLEGATIONS

*Fraudulent Scheme*

8. Since at least April 2023, Defendant has assisted and facilitated a fraud scheme by receiving funds (cash, checks, or money orders) or gift cards in connection with a fake prize, sweepstakes, or lottery scam. Defendant plays a critical role in the scheme by receiving victim payments via United States mail, and then transmitting the payments to other individuals involved in the scheme.

9. Defendant acts as a Jamaican Operation Linked to Telecommunications (JOLT) money mule. Since at least April 2023 to the present, Defendant has received at least 29 parcels from various cities via U.S. Express Mail and Priority Mail, including multiple parcels from the same city. Defendant has deposited received funds into his personal bank accounts. The funds have then been withdrawn by accomplices in Jamaica who have access to those accounts. Since December 2023, more than $12,000 has been withdrawn from Defendant's Bank of America account via ATMs in Jamaica.

10. For example, B.D., a 63-year-old resident of Monticello, Indiana, mailed cash to Defendant for what he was told were taxes on a prize from a "sister company" of Publishers Clearing House. Over the span of approximately four years, B.D. sent more than $30,000 to Defendant and other money mules via U.S. mail and other money transfer methods, such as Amazon gift cards and the "Walmart2Walmart" money transfer service. On April 3, 2024, the U.S. Post Office in Hanford intercepted an Express Mail parcel deemed suspicious, sent by B.D. to Defendant. The parcel contained $1,000 in cash.

11. R.B., an 84-year-old resident of Lodi, Ohio, sent at least five parcels to Defendant via Priority Mail between October 2023 and March 2024. R.B. confirmed the parcels contained cash. R.B. also wrote a check to Defendant dated February 12, 2024, in the amount of $1,200. R.B. sent a cashier's check to Defendant in the amount of $2,000 on February 26, 2024. R.B. then wrote a check dated March 4, 2024, in the amount of $5,000. The latter check bounced on March 8, 2024.

### *Defendant's Knowledge of Fraud*

12. Defendant has knowledge that the conduct alleged in the preceding paragraphs facilitates a fraud scheme.

13. On November 30, 2023, the United States Postal Inspection Service sent a letter to Defendant via certified mail, warning him that he may be engaged in fraudulent activity that involves the receiving and/or sending of funds related to a fake lottery or other fraud scheme. Since receiving the warning letter, Defendant has continued to assist and facilitate the fraud scheme by accepting victim payments and transmitting those payments to accomplices.

14. On February 14, 2024, Bank of America filed a suspicious activity report regarding $12,528 in cash withdrawals from December 27, 2023, to February 12, 2024, from ATMs at various locations in Jamaica and debited from Defendant's account. Bank of America closed the account on April 23, 2024.

15. On April 3, 2024, Defendant admitted to a U.S. Postal Inspector that he was involved in a mail fraud scheme. After first claiming that received funds were repayments for loans that he had made, Defendant acknowledged that he received funds in the mail from unknown individuals at the direction of accomplices. Defendant stated that he deposited those funds into a Bank of America account, to which he gave access to a person in Jamaica, who then withdrew the funds. Defendant refused to provide the contact information of the accomplice in Jamaica. The fraud scheme thus remains a potentially lucrative source of income for Defendant.

### *Harm to Victims*

16. B.D., R.B., and other victims are suffering significant financial losses from Defendant's ongoing fraudulent conduct.

///

17. Absent injunctive relief, Defendant's conduct will continue to injure the United States and individual victims.

## COUNT I

18. The United States realleges and incorporates by reference the preceding paragraphs.

19. By reason of the conduct described herein, Defendant has violated, is violating, and/or is about to violate 18 U.S.C. §§ 1341 and 1343 by facilitating a scheme or artifice to defraud and obtain money or property by means of false or fraudulent representations with the intent to defraud and, in so doing, use the United States mails and interstate or foreign wire communications.

20. Because Defendant is committing or about to commit mail or wire fraud, the United States is entitled, under 18 U.S.C. § 1345, to seek a permanent injunction restraining all future fraudulent conduct and to any other actions that this Court deems just and proper to prevent a continuing and substantial injury to the United States and individual victims.

21. As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## PRAYER FOR RELIEF

Wherefore, Plaintiff United States of America requests the following relief from the Court:

A. That the Court issue a permanent injunction pursuant to 18 U.S.C. § 1345, restraining Defendant from engaging, participating, or assisting in any prize, sweepstakes, or lottery scheme or money transmitting business; and

B. That the Court order such other relief that it deems just and proper.

Dated: August 19, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

*/s/ Robert A. Fuentes*
ROBERT A. FUENTES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA