PHILLIP A. TALBERT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DALE LAKE,<br><br>　　　　　Defendant. | CASE NO. 1:24-CV-00973-JLT-HBK<br><br>CONSENT DECREE AND ORDER |

　　　　Plaintiff United States of America and Defendant Dale Lake agree to the entry of this Consent Decree to resolve Plaintiff's Complaint, filed pursuant to the Fraud Injunction Statute, 18 U.S.C. § 1345. The Complaint alleges that Defendant is violating or about to violate 18 U.S.C. §§ 1341 and 1343 by facilitating a scheme or artifice to defraud, or obtaining money or property by means of false or fraudulent representations with the intent to defraud, using the United States mails and interstate or foreign wire communications.

　　　　Plaintiff and Defendant, *pro se*, wish to resolve Plaintiff's allegations without litigation and jointly request to the entry of this stipulated Consent Decree and Order without Defendant's admission of liability or wrongdoing. Defendant enters into this Consent Decree freely and without coercion. Defendant further acknowledges that he has read the provisions of this Consent Decree, understands them, and is prepared to abide by them.

///

1. This Court has jurisdiction over this matter and the parties under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this district and division under 28 U.S.C. § 1391(b)(1) and (b)(2) and Local Rule 120(d).

2. Defendant neither admits nor denies the allegations in the Complaint. Only for purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

3. For purposes of this Consent Decree and Order:

   a. "Defendant" means Dale Lake.

   b. "Person" means an individual, a corporation, a partnership, or any other entity.

   c. "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission, or other monetary value.

   d. "Prize promotion fraud" means a plan, program, promotion, or campaign that is conducted to mislead a prospective victim or victims to believe that they have won, or may or will receive, a sweepstakes, contest, lottery, prize, inheritance, money, property, or other thing of value, contingent on the victim providing, or providing a means of accessing or obtaining, any fee.

   e. "Money transmitting business" refers to a person who, for a fee, receives funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

   f. "Fee" refers to a payment or compensation of any kind regardless of how the payment or compensation is labeled, including, but not limited to, processing fees, service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts, and gratuities.

4. Upon entry of this Consent Decree and Order, Defendant is permanently prohibited and enjoined from, directly or indirectly, assisting, facilitating, or participating in any prize promotion fraud or any money transmitting business. Any mail received by Defendant at any address, or addressed to any name associated with Defendant, that violates this prohibition shall be returned to the sender(s) by the U.S. Postal Service.

///

///

5. Upon entry of this Consent Decree and Order, the U.S. Postal Inspection Service is authorized to monitor Defendant's incoming and outgoing mail for the purpose of ensuring compliance with the Decree.

6. Within five days of entry of the Consent Decree and Order, Defendant is ordered to complete and submit the written acknowledgment of receipt attached hereto as Exhibit A. Defendant shall deliver this acknowledgment via mail or email to the addresses in paragraph 7.

7. Unless otherwise stated, all notices, reports, and correspondence required under this Consent Decree shall be delivered to the attention of Assistant United States Attorney Robert A. Fuentes, United States Attorney's Office, 2500 Tulare Street, Suite 4401, Fresno, CA 93721; email: robert.fuentes@usdoj.gov.

8. The Consent Decree shall not be modified except in writing by Plaintiff and Defendant and approved by the Court.

9. This Consent Decree and Order shall constitute a final judgment and order in this action.

10. This Court retains jurisdiction of this action for the purpose of enforcing or modifying the Consent Decree and for granting such additional relief as may be appropriate.

11. The parties agree to entry of this Consent Decree and judgment subject to final approval by the Court.

The parties respectfully apply for the entry of this Consent Decree and Order.

Dated: _____       _____
                                     DALE LAKE
                                     Defendant
                                     *Pro Se*


                                     PHILLIP A. TALBERT
                                     United States Attorney

Dated: _____       _____
                                     ROBERT A. FUENTES
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

ORDER

The Court APPROVES the provisions of the foregoing Consent Decree and ORDERS compliance thereof.

IT IS SO ORDERED.

Dated: **September 27, 2024**

UNITED STATES DISTRICT JUDGE

```
PHILLIP A. TALBERT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DALE LAKE,<br><br>　　　　　Defendant. | CASE NO. 1:24-CV-00973-JLT-HBK<br><br>ACKNOWLEDGMENT OF RECEIPT BY DEFENDANT DALE LAKE |
|---|---|

　　　　I, Dale Lake, state and affirm the following:

　　　　1.　　My name is Dale Lake. My current address is 10120 Haven Lane, Hanford, CA 93230. I am over 18 years of age. I have personal knowledge of the facts set forth in this affidavit.

　　　　2.　　I am the defendant in the above-captioned case. On _____, 2024, I received a copy of the Consent Decree and Order, which was signed by the Honorable Jennifer L. Thurston on _____, 2024. A true and correct copy of the Consent Decree and Order that I received is appended to this affidavit.

　　　　3.　　I acknowledge that if found in violation of the Consent Decree and Order, the Court could impose consequences, including, but not limited to, further restrictions on my conduct and activities; requirements to pay money, including costs and fees; and civil or criminal ramifications that the Court deems appropriate.

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _____          _____
                                         DALE LAKE
                                         Defendant